JOHNSON *et al. vs.* THE STATE OF GEORGIA.

1. The verdict in this case is neither against the evidence nor without evidence to support it.

2. Where two defendants are jointly indicted and tried, all testimony going to establish the guilt of either of them is admissible for that purpose, and nothing appears in this case to take it out of the rule. If the consideration of such testimony by the jury should be so confined as to affect only one of the defendants, this is matter for instruction by the court. In the present case there is no exception to the instructions of the court to the jury.

Judgment affirmed.

March 20, 1883.

CRAWFORD, Justice.

---

KNOX, administrator, *vs.* McCALLA BROTHERS *et al.*

Where there were three parties claiming a fund in the hands of a sheriff, under a money rule, and upon its being awarded to two of them, the third excepted, both of the successful contestants being interested in sustaining the judgment, were necessary parties to the bill of exceptions ; and only one having been served therewith, the writ of error must be dismissed. This case is controlled by the case of *Craig et al. vs. Webb, sheriff, et al.* (present term).

Writ of error dismissed.

April 3, 1883.

HALL, Justice.

| 70b | 725 |
|-----|-----|
| 104 | 861 |
| 70b | 725 |
| 107 | 264 |
| 70b | 725 |
| 111 | 557 |
| 70 | 725 |
| Case 2 | |
| f129 | 501 |